```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF MISSISSIPPI
                          NORTHERN DIVISION
```

JAMES THOMAS BOYLAN                                          PETITIONER

VS.                                   CIVIL ACTION NO. 3:22CV423TSL-MTP

BILLY SOLLIE                                                 RESPONDENT

ORDER

This cause is before the court on the report and recommendation of Magistrate Judge Michael T. Parker entered on February 15, 2023, recommending that respondent Billy Sollie's motion to dismiss James Thomas Boylan's § 2241 petition be granted and the petition be dismissed. Petitioner Boylan has not filed an objection and the time for doing so has expired. Having reviewed the report and recommendation, the court concludes that the report and recommendation is well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the February 15 report and recommendation of Magistrate Judge Parker be, and the same is hereby, adopted as the finding of this court. Accordingly, it is ordered that respondent's motion to dismiss is granted and the petition is dismissed.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 6th day of March, 2023.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE